In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-08-00883-CV

___________


ALBERT ORTIZ, Appellant


V.


HPSC, INC., Appellee






On Appeal from the 151st District Court

Harris County, Texas

Trial Court Cause No. 2007-20857





MEMORANDUM OPINION


 Appellant, Albert Ortiz, filed a motion to dismiss for want of jurisdiction. 
Appellee, HPSC, Inc., filed a response, stating it "does not object to the dismissal of
this appeal."

 We therefore grant Ortiz's motion to dismiss. All pending motions are
dismissed as moot.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Alcala and Hanks.